IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOEL FLORENTINO,                                                                                         PETITIONER
BOP Register no. 08374-095

v.                                                               CIVIL ACTION NO. 3:23-cv-534-CWR-LGI

WARDEN YAZOO CITY PENITENTIARY                                                        RESPONDENT

## FINAL JUDGMENT

In accordance with the Court's Order entered this date, this civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 30th day of January, 2024.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE